September 23, 1983.

466 A.2d 721

Commonwealth v. Crawford, Appellant.

Submitted May 18, 1983. David Samuel Dessen, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BROSKY and BECK, JJ.

Order affirmed.

466 A.2d 721

Commonwealth, Appellant v. Gaither.

Submitted June 22, 1983. Charles M. Guthrie, Jr., Assistant District Attorney, for Commonwealth, appellant; Charlene Gaither, appellee, in propria persona.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Order of October 13, 1981 dismissing the case is affirmed.